```
              IN THE UNITED STATES DISTRICT COURT

                   FOR THE DISTRICT OF OREGON

                        PORTLAND DIVISION

DANIEL QUITUGUA,                                    CV. 09-716-MA

          Petitioner,                               ORDER
    v.

J.E. THOMAS, Warden, FCI
Sheridan,

          Respondent.

MARSH, Judge

    Petitioner's motion to voluntarily dismiss (#20) is GRANTED.

This proceeding is DISMISSED, without prejudice.

    IT IS SO ORDERED.

    DATED this _12_ day of May, 2010.


                                   _/s/  Malcolm F. Marsh_____
                                   Malcolm F. Marsh
                                   United States District Judge




1 -- ORDER
```